

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00015-CV

| | | |
|---|---|---|
| IN THE INTEREST OF E.I., A CHILD | § | On Appeal from the 481st District Court |
| | § | of Denton County (22-10324-481) |
| | § | November 21, 2024 |
| | § | Memorandum Opinion by Justice Womack |

## JUDGMENT ON EN BANC RECONSIDERATION

After considering Appellant's motion for en banc reconsideration, we deny the motion, withdraw our October 24, 2024 memorandum opinion and judgment, and substitute the following.

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order is affirmed.

It is further ordered that appellant Father shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
      Justice Dana Womack